UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGEL RUIZ,

        Plaintiff,

v.

JUNIOR FORTUNE, et al.,

        Defendants.

Case No. 20-cv-05131-JD

**ORDER OF TRANSFER**

Re: Dkt. Nos. 4, 5

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding events that occurred at Pleasant Valley State Prison which is located within the venue of the United States District Court for the Eastern District of California. Plaintiff is incarcerated in this district. Because the allegations occurred in the Eastern District and the defendants reside there, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motions (Docket Nos. 4, 5) which are **VACATED**.

**IT IS SO ORDERED.**

Dated: August 7, 2020

JAMES DONATO
United States District Judge